## C. T. HAM MANUF'G CO. v. R. E. DIETZ CO. et al.

(Circuit Court of Appeals, Second Circuit. April 19, 1894.)

### No. 93.

PATENTS — INVENTION — CONSTRUCTION OF CLAIMS — INFRINGEMENT — TUBULAR
LANTERNS.

Appeal from the Circuit Court of the United States for the Northern District of New York.

This was a bill by the R. E. Dietz Company and the Steam Gauge & Lantern Company against the C. T. Ham Manufacturing Company for infringement of certain patents for improvements in tubular lanterns. The circuit court entered an interlocutory decree in favor of complainants upon one of the patents, but found that the other was not infringed. 58 Fed. 367. Defendant appealed.

E. S. Jenney, for appellant.
F. F. Church, for appellees.

Decree affirmed, with costs, on opinion below.